UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


PATRICK D. SAMPSON,

          Plaintiff,

  v.

C. BARTON,

          Defendant.

_____ /

Case Number: CV07-03934 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Patrick Demarc Sampson P-74051
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: August 10, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk